# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2566
_____

KIMBERLY MILLENDER,

Appellant,

v.

MARCUS POINTE GOLF CLUB c/o
Randy Bensley,

Appellee.

_____

On appeal from the County Court for Escambia County.
Scott Ritchie, Judge.

October 14, 2025

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kimberly Millender, pro se, Appellant.

John "Jay" A. Fraiser, Jr., of Moorhead Law Group, Pensacola, for Appellee.